1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY MURPHY COSTON,

11          Plaintiff,                    No. CIV S-10-2009 EFB P

12       vs.

13   ANDREW NANGALAMA, et al.,

14          Defendants.              ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  Defendants Berchtold and Bal request an extension of time to file and serve a

18   responsive pleading.  *See* Fed. R. Civ. P. 6(b).

19       Defendants' May 25, 2011 motion is granted and defendants shall file their responsive

20   pleading on or before June 24, 2011.

21       So ordered.

22   DATED:  May 31, 2011.

             _____
             EDMUND F. BRENNAN
23           UNITED STATES MAGISTRATE JUDGE

24

25

26