UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DANNY MURPHY COSTON,

      Plaintiff,

v.

ANDREW NANGALAMA, et al.,

      Defendants.

Case No. 2:10-cv-2009-MCE-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Danny Murphy Coston, CDCR # D-86227, a necessary and material party in a trial in this case on March 31, 2014, is confined in Corcoran State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Judge Morrison C. England, Jr. at the U.S. District Court, Courtroom No. 7, 14th Floor, 501 I Street, Sacramento, California 95814, on Monday, March 31, 2014, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in proceedings at the time and place above, until completion of the trial or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Corcoran State Prison, P.O. Box 8800, Corcoran, California 93212-8309:**

**WE COMMAND** you to produce the inmate named above to testify before Chief Judge England at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 20, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE