1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANNY MURPHY COSTON,                        No.  2:10-cv-2009-MCE-EFB P

12                  Plaintiff,

13         v.                                     ORDER

14   ANDREW NANGALAMA, et al.,

15                  Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 1, 2014, the Magistrate Judge filed Findings and Recommendations herein, ECF

21   No. 123, which were served on all parties and which contained notice to all parties that any

22   objections to the Findings and Recommendations were to be filed within fourteen days.  Neither

23   party has filed objections to the Findings and Recommendations.

24   ///

25   ///

26   ///

27   ///

28   ///

                                                  1

1      The Court has reviewed the file and finds the Findings and Recommendations to be

2  supported by the record and by the Magistrate Judge's analysis.  Accordingly,

3      1.  The Findings and Recommendations filed July 1, 2014 (EF No. 123) are ADOPTED

4  IN FULL; and

5      2.  Plaintiff's Motion for Judgment on the Pleadings (ECF No. 110) is DENIED.

6      IT IS SO ORDERED.

7  Dated:  September 3, 2014

8

9                                              _____
                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
10                                            UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28