AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Daniel Murphy Coston
    Plaintiff(s),
V.
Andrew Nangalama et.al.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, __Andrew Nangalama__ substitutes
(Party (s) Name)

__Amie C. McTavish__, State Bar No. __242372__ as counsel of record in
(Name of New Attorney)

place of __Jesse Rivera__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   California Office of the Attorney General
 Address:     1300 I Street
 Telephone:    (916) 210-7663   Facsimile (916) 322-8288
 E-Mail (Optional): Amie.McTavish@doj.ca.gov

I consent to the above substitution.
Date: 4/25/2018
(Signature of Party (s))

I consent to being substituted.
Date: _____
signature on second page
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 7, 2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/9/18
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

Eastern      District of      California

Daniel Murphy Coston

                   Plaintiff(s),

V.

Andrew Nangalama et.al.

                   Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, __Andrew Nangalama__ substitutes
                                                                                    (Party (s) Name)

__Amie C. McTavish__, State Bar No. __242372__ as counsel of record in
(Name of New Attorney)

place of __Jesse Rivera__.
                                     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      California Office of the Attorney General

     Address:      1300 I Street

     Telephone:      (916) 210-7663      Facsimile (916) 322-8288

     E-Mail (Optional):      Amie.McTavish@doj.ca.gov

I consent to the above substitution.

Date: _____

                                                                                 (Signature of Party (s))

I consent to being substituted.

Date: 4/30/2018                           [signature]
                                                                       (Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 7, 2018                         [signature]
                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                                       Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**