# UNITED STATES DISTRICT COURT

| Eastern | **District of** | California |
|---|---|---|

Daniel Murphy Coston

Plaintiff (s), ·

V.

Andrew Nangalama et.al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, Andrew Nangalama substitutes
(Party (s) Name)

Amie C. McTavish , State Bar No. 242372 as counsel of record in
(Name of New Attorney)

place of Shanan Hewitt .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: California Office of the Attorney General

Address: 1300 I Street

Telephone: (916) 210-7663        Facsimile (916) 322-8288

E-Mail (Optional): Amie.McTavish@doj.ca.gov

I consent to the above substitution.

Date: 4/25/2018

(Signature of Party (s))

I consent to being substituted.

Date: _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 1, 2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

|  Eastern | **District of** | California |
| --- | --- | --- |

Daniel Murphy Coston

Plaintiff (s),

V.

Andrew Nangalama et.al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, Andrew Nangalama substitutes

(Party (s) Name)

Amie C. McTavish , State Bar No. 242372 as counsel of record in

(Name of New Attorney)

place of Shanan Hewitt .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: California Office of the Attorney General

Address: 1300 I Street

Telephone: (916) 210-7663 Facsimile (916) 322-8288

E-Mail (Optional): Amie.McTavish@doj.ca.gov

I consent to the above substitution.

Date: _____

_____

(Signature of Party (s))

I consent to being substituted.

Date: 4/27/2018

_Shanan L. Hewitt_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 7, 2018

_Amie McTavish_

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/9/18

_____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**