# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Daniel Murphy Coston

        Plaintiff (s),

V.

Andrew Nangalama et.al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, ~~Ronald Hale~~ _Randall Hale_ substitutes
(Party (s) Name)

__Amie C. McTavish__, State Bar No. __242372__ as counsel of record in
(Name of New Attorney)

place of __Jesse Rivera__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: California Office of the Attorney General

    Address: 1300 I Street

    Telephone: (916) 210-7663     Facsimile (916) 322-8288

    E-Mail (Optional): Amie.McTavish@doj.ca.gov

I consent to the above substitution.

Date: 4/27/2018          _RHale_
                                                    (Signature of Party (s))

I consent to being substituted.

Date: _____
                                                 (Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 7, 2018       _AmieMcTavish_
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____           _____
                                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

Daniel Murphy Coston

           Plaintiff (s),

V.

Andrew Nangalama et.al.

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, __Ronald Hale__ substitutes
(Party (s) Name)

__Amie C. McTavish__, State Bar No. __242372__ as counsel of record in
(Name of New Attorney)

place of __Jesse Rivera__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: California Office of the Attorney General

    Address: 1300 I Street

    Telephone: (916) 210-7663     Facsimile (916) 322-8288

    E-Mail (Optional): Amie.McTavish@doj.ca.gov

I consent to the above substitution.

Date: _____      _____
                                                           (Signature of Party (s))

I consent to being substituted.

Date: 4/30/2018

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 7, 2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/9/18

                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]