AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Daniel Murphy Coston
        Plaintiff (s),

V.

Andrew Nangalama et.al.
        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, ~~Ronald Hale~~ _Randall Hale_ substitutes
                                                                    (Party (s) Name)

__Amie C. McTavish__, State Bar No. __242372__ as counsel of record in
(Name of New Attorney)

place of __Shanan L. Hewitt__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: California Office of the Attorney General
Address: 1300 I Street
Telephone: (916) 210-7663     Facsimile (916) 322-8288
E-Mail (Optional): Amie.McTavish@doj.ca.gov

I consent to the above substitution.
Date: 4/27/2018
(Signature of Party (s)) _R Hale_

I consent to being substituted.
Date: _____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 1, 2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                      Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Daniel Murphy Coston

              Plaintiff(s),

V.

Andrew Nangalama et.al.

              Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:10-cv-02009-NCE-EFB

Notice is hereby given that, subject to approval by the court, __Ronald Hale__ substitutes
                                                               (Party (s) Name)

__Amie C. McTavish__, State Bar No. __242372__ as counsel of record in
(Name of New Attorney)

place of __Shanan L. Hewitt__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | California Office of the Attorney General |
| Address: | 1300 I Street |
| Telephone: | (916) 210-7663     Facsimile (916) 322-8288 |
| E-Mail (Optional): | Amie.McTavish@doj.ca.gov |

I consent to the above substitution.
Date: _____

(Signature of Party (s))

I consent to being substituted.
Date: 4/27/2018

*Shanan L. Hewitt*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 7, 2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/9/18

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**