Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@Jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>      Plaintiff,<br><br> v.<br><br>ANDREW NANGALAMA, et al.,<br><br>      Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY**<br><br>[*Notice of Motion and Motion to Reopen Discovery; Memorandum of Points and Authorities; and Declaration of Eric Wolff filed concurrently herewith*]<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7<br>Date: September 15, 2022<br>Time: 2:00 p.m. |

  Having considered the parties' briefs and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion to Reopen Discovery is GRANTED.

  Discovery is reopened for 120 days commencing from the date this Order is electronically filed. The parties are further ordered to file a Joint Status Report not later than 30 days after the close of discovery.

  IT IS SO ORDERED.

DATED: October 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE