1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  AMIE BEARS, State Bar No. 242372
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7663
6   Fax:  (916) 322-8288
    E-mail:  Amie.Bears@doj.ca.gov
7  *Attorneys for Defendants*
   *Nangalama and Hale*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MURPHY COSTON,**<br><br>Plaintiff,<br><br>v.<br><br>**ANDREW NANGALAMA, et al.,**<br><br>Defendants. | 2:10-cv-02009-MCE-EFB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**LOCAL RULE 182 (d); California Rule of Professional Conduct (CRPC), rule 1.7** |

Amie Bears seeks to withdraw as counsel for Defendant Randall Hale in the matter of *Coston v Nangalama et. al*, 2:10-cv-02009-MCE-EFB pursuant to Local Rule 182(d) and California Rule of Professional Conduct (CRPC), rule 1.7.  Because counsel's Motion is procedurally proper and substantively supported, that Motion is GRANTED.

///

///

///

///

///

Counsel's withdrawal shall be effective immediately upon the filing of a proof of service of this Order on Defendant Hale at his last known address:

> 20255 Fir Street
> Burney, CA 96013

Not later than thirty (30) days following the date that proof of service is electronically filed, Defendant Hale is directed to file a status report with this Court advising whether he has retained new counsel or intends to proceed in propria persona.

IT IS SO ORDERED.

DATED: December 19, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE