Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@Jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

Additional Counsel Listed on Signature Page

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>                    Plaintiff,<br><br>      v.<br><br>ANDREW NANGALAMA, et al.,<br><br>                    Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>[*Declaration of Eric Wolff filed concurrently herewith*]<br><br>Judge:     Hon. Morrison C. England, Jr.<br>Courtroom: 7 |

SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff Danny Murphy Coston ("Plaintiff"), Defendants Andrew Nangalama and Randall Hale (together, "Defendants," collectively with Plaintiff, the "Parties"), by and through their counsel, hereby jointly submit the following Stipulation and Proposed Order for a short extension of the discovery cut-off due to delays in the production of documents by California State Prison – Sacramento ("CSP-Sac") which has impacted the commencement of deposition discovery as explained further below.

## **RECITALS**

WHEREAS, by previous order reopening discovery for 120 days from the date the order was electronically filed, October 17, 2022, (ECF No. 226), the close of discovery is February 14, 2023;

WHEREAS, Plaintiff promptly prepared and served requests for production on Defendants Andrew Nangalama and Randall Hale on November 3, 2022 ("Document Requests");

WHEREAS, Plaintiff also personally served CSP-Sac with a Subpoena Duces Tecum (the "Subpoena") on November 15, 2022 and specified a return date of December 6, 2022;

WHEREAS, Plaintiff received Defendants' responses to the Document Requests on or about December 13, 2022, in which Defendants indicated that they do not have many of the requested documents, and Defendants are also seeking documents from CSP-Sac;

WHEREAS, CSP-Sac did not respond to Plaintiff's Subpoena by the deadline;

WHEREAS, Plaintiff's counsel emailed CSP-Sac on December 7, 2022, to inquire about the status of its response to the Subpoena;

WHEREAS, from December 7 through December 14, 2022, Plaintiff's counsel exchanged emails with CSP-Sac in its offer to obtain the documents requested in the Subpoena and commence depositions in January 2023;

WHEREAS, on December 14, 2022, counsel for Defendants instructed Plaintiff's counsel that all correspondence directed to CSP-Sac should be directed to counsel for Defendants;

WHEREAS, counsel for Plaintiff and counsel for Defendants met and conferred regarding CSP-Sac's response to the Subpoena on December 16, 2022;

WHEREAS, CSP-Sac's search for documents responsive to the Subpoena is still ongoing.

WHEREAS, counsel for both Plaintiff and Defendant need CSP-Sac's responses to the document requests in the Subpoena in order to effectively conduct depositions of Defendants and non-party witnesses;

WHEREAS, the Parties need additional time to prepare for and conduct depositions given CSP-Sac's delayed production of documents in response to the Subpoena; and

WHEREAS, CSP-Sac has not responded to the Subpoena to date and ongoing staffing shortages at CSP-Sac and late-December holidays make it uncertain as to when CSP-Sac will commence producing documents in response to the Subpoena or when the production will be completed.

## **STIPULATION**

NOW, THEREFORE, the Parties hereby agree as follows subject to the Court's approval:

The parties agree to extend the close of discovery by 45 days to Friday, March 31, 2023.

**SO STIPULATED.**

Dated: December 20, 2022        JENNER & BLOCK LLP

  /s/ Julie A. Shepard
Julie A. Shepard
Alice S. Kim
Eric Wolff

Attorneys for Plaintiff Danny Murphy Coston

Dated: December 20, 2022

  /s/ Amie Bears   (as authorized on Dec. 20, 2022)
Catherine Woodbridge (SBN 186186)
Amie Bears (SBN 242372)
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7663
Facsimile: (916) 322-8288
Amie.Bears@doj.ca.gov

Attorneys for Defendants Andrew Nangalama and Randall Hale

## ORDER

Based on the above stipulation, the joint motion of the parties for an extension to the close of discovery is granted.  The Order reopening discovery (ECF No. 226) is amended to extend the close of discovery by 45 days to Friday, March 31, 2023.  The Parties are further ordered to file a Joint Status Report not later than 30 days after the close of discovery.

IT IS SO ORDERED.

Dated:  December 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE