Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@Jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    +1 213 239 5100
Facsimile:     +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

Catherine Woodbridge (SBN 186186)
Amie Bears (SBN 242372)
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7663
Facsimile: (916) 322-8288
Amie.Bears@doj.ca.gov

Attorneys for Defendant Andrew Nangalama

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>               Plaintiff,<br><br>     v.<br><br>ANDREW NANGALAMA, et al.,<br><br>               Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE**<br><br>[*Notice of Joint Motion and Joint Motion to Extend Discovery Deadline and Declaration of Eric Wolff filed concurrently herewith*]<br><br>Judge:       Hon. Morrison C. England, Jr.<br>Courtroom: 7<br>Date:         March 9, 2023<br>Time:        10:00 a.m. |

Having considered the parties' briefs and good cause appearing, IT IS HEREBY ORDERED that the parties' Joint Motion to Extend the Close of Discovery is GRANTED. The Order reopening discovery is amended to extend the close of discovery by 60 days to Tuesday, May 30, 2023. The Parties are further ordered to file a Joint Status Report no later than 30 days after the close of discovery.

IT IS SO ORDERED.

Dated: February 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE