Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@jenner.com
Tal Ratner Solovey (SBN 348113)
TRatnerSolovey@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

Additional Counsel Listed on Signature Page

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW NANGALAMA, et al.<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>[*Declaration of Eric Wolff filed concurrently herewith*]<br><br>Judge:　　Hon. Morrison C. England, Jr.<br>Courtroom:　7 |

SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff Danny Murphy Coston ("Mr. Coston") and Defendant Andrew Nangalama ("Dr. Nangalama," together, the "Parties"), through their counsel, jointly submit the following Stipulation and Proposed Order for an extension of the discovery cut-off due to additional delays in California State Prison – Sacramento's ("CSP-Sac") production of documents and the need to reschedule depositions due to Dr. Nangalama's counsel's scheduling conflicts.

**RECITALS**

WHEREAS, by the Order reopening discovery for 120 days from the date the Order was electronically filed, October 17, 2022, (ECF No. 226), the close of discovery was set for February 14, 2023;

WHEREAS, Mr. Coston promptly prepared and served written discovery on Defendants Dr. Nangalama and Randall Hale[1] (together, "Defendants"), serving requests for production on November 3, 2022, and serving requests for admission and interrogatories on December 13, 2022;

WHEREAS, Mr. Coston personally served non-party CSP-Sac with Subpoenas Duces Tecum on November 15, 2022 and January 30, 2023 (the "Subpoenas");

WHEREAS, CSP-Sac did not respond to either of the Subpoenas by their respective deadlines;

WHEREAS, during the period of December 2022 through June 2023, CSP-Sac represented that it was experiencing staff shortages, a backlog of requests, and technical issues that contributed to its delays in responding to the Subpoenas;

WHEREAS, due to the delays in CSP-Sac's production, on December 27, February 9, and April 20, 2023, this Court granted the Parties' prior stipulations to extend discovery, ultimately extending the close of discovery to August 28, 2023 (ECF Nos. 234, 238, 240);

---

[1] Randall Hale is currently unrepresented in this proceeding. The Court granted counsel's motion to withdraw from the representation of Mr. Hale and ordered him to file a status report with the court by thirty days after proof of service of the order on Mr. Hale was filed (ECF No. 232). Withdrawal was effective on January 3, 2023 when the proof of service of the Order on Mr. Hale was filed. (*See* ECF No. 235). Mr. Hale has not filed a status report, and, as described in the Parties' motion to extend discovery deadline, appears not to be participating in the litigation. (*See* ECF No. 236 at 5).

1    WHEREAS, since then, counsel for Mr. Coston has attempted to move the case forward. As an example, on June 5, 2023, Mr. Coston filed a motion to compel Dr. Nangalama to supplement his incomplete responses to Mr. Coston's interrogatories and requests for admission, and provide verifications for those responses (ECF No. 243).

WHEREAS, on June 12, 2023, Dr. Nangalama resolved the issues raised in Mr. Coston's Motion by providing amended responses to his requests for admission and interrogatories along with verifications and Mr. Coston withdrew the Motion on January 15, 2023 (ECF No. 245).

WHEREAS, on July11 and 14, 2023, Mr. Coston noticed the depositions of Defendants and served deposition subpoenas on seven non-party witnesses scheduling their depositions for various dates in mid-July and August and before the close of discovery on August 28, 2023;

WHEREAS, counsel for Dr. Nangalama requested to reschedule all of the depositions except for Dr. Nangalama's;

WHEREAS, counsel for Mr. Coston intends to reschedule Dr. Nangalama's deposition in order to depose him after most if not all of the other witnesses and the CSP-SAC documents have been produced;

WHEREAS, on July 27, 2023, Mr. Coston filed a second Motion to Compel Discovery. This motion was filed against CSP-Sac due to its failure to conduct a diligent search for, and produce, all documents responsive to the Subpoenas (ECF No. 247);

WHEREAS, the parties resolved the second Motion by stipulating to conduct the search and find the information as requested in the Motion;

WHEREAS, CSP-Sac's production of document responses to Mr. Coston's Subpoenas are not set to be completed until August 23, 2023 which is less than a week before the current close of discovery;

WHEREAS, the Parties need additional time to prepare for, reschedule, and conduct depositions given CSP-Sac's ongoing delay in producing documents in response to the Subpoenas and counsel's scheduling conflicts; and

WHEREAS, a trial date has not been set in this case, so extending the discovery deadline would not affect the schedule in this case except to require an adjustment to the date by which the Parties are to file a Joint Status Report.

**STIPULATION**

NOW, THEREFORE, the Parties hereby agree as follows subject to the Court's approval:

The parties agree to extend the close of discovery by 60 days to Friday, October 27, 2023.

**SO STIPULATED.**

Dated: August 9, 2023                    JENNER & BLOCK LLP

By:     */s/ Julie A. Shepard*
        Julie A. Shepard
        Alice S. Kim
        Eric Wolff
        Tal Ratner Solovey

Attorneys for Plaintiff Danny Murphy Coston

Dated: August 9, 2023

    */s/ Amie Bears*     (as authorized on 8/9/2023)
        Catherine Woodbridge (SBN 186186)
        Amie Bears (SBN 242372)
        1300 I Street, Suite 125
        P.O. Box 944255
        Sacramento, CA 94244-2550
        Telephone: (916) 210-7663
        Facsimile: (916) 322-8288
        Amie.Bears@doj.ca.gov

Attorneys for Defendant Andrew Nangalama

Attorneys for Non-Party California State Prison – Sacramento

///

///

**ORDER**

Based on the above stipulation , the joint motion of the parties for an extension of the close of discovery is granted.  The Order reopening discovery (ECF No. 226) is amended to extend the close of discovery by 60 days to Friday, October 27, 2023.  The Parties are further ordered to file a Joint Status Report not later than 30 days after the close of discovery.

IT IS SO ORDERED.

Dated:  August 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE