Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@Jenner.com
Tal Ratner Solovey (SBN 348113)
TRatnerSolovey@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:   +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

<u>Additional Counsel Listed on Signature Page</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW NANGALAMA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE CALIFORNIA STATE PRISON – SACRAMENTO'S RESPONSE TO PLAINTIFF'S SUBPOENAS**<br><br>[*Declaration of Eric Wolff filed concurrently herewith*]<br><br>Judge:　　Hon. Edmund F. Brennan<br>Courtroom: 8 |

SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff Danny Murphy Coston ("Mr. Coston") and non-party California State Prison – Sacramento ("CSP-Sac," together with Mr. Coston, "the Parties"), through their counsel, in order to resolve Mr. Coston's pending Motion to Compel Discovery from CSP-Sac (ECF No. 247), jointly submit the following Stipulation and Proposed Order regarding CSP-Sac's responses to Mr. Coston's two subpoenas served on CSP-Sac on November 15, 2022 and January 30, 2023.

**RECITALS**

WHEREAS, Mr. Coston personally served CSP-Sac with a Subpoena Duces Tecum (the "First Subpoena") on November 15, 2022 and specified a return date of December 6, 2022;

WHEREAS, CSP-Sac did not respond to Mr. Coston's First Subpoena by the deadline;

WHEREAS, on January 30, 2023, counsel for Mr. Coston served a second Subpoena Duces Tecum (the "Second Subpoena," together with the First Subpoena, "the Subpoenas") on CSP-Sac and specified a return date of February 20, 2023;

WHEREAS, CSP-Sac did not respond to Mr. Coston's Second Subpoena by the deadline;

WHEREAS, from December 2022 through June 2023, the Parties met and conferred extensively regarding CSP-Sac's responses to the Subpoenas;

WHEREAS, during the period of December 2022 through June 2023, CSP-Sac represented to counsel for Mr. Coston that it experienced staff shortages, a backlog of requests, and technical issues that contributed to the delays in its production in response to the Subpoenas;

WHEREAS, on June 14, 2023, CSP-Sac represented that it had completed its production in response to both Subpoenas as of June 13, 2023;

WHEREAS, on July 27, 2023, Mr. Coston filed a Motion to Compel Discovery from Non-Party California State Prison – Sacramento (the "Motion") due to CSP-Sac's failure to conduct a diligent search and produce all documents responsive to the Subpoenas, and noticed the hearing for August 23, 2023 (ECF No. 247);

WHEREAS, on July 27, 2023, the same day the Motion was filed, Mr. Coston's counsel sent CSP-Sac's counsel a draft Joint Statement of Discovery Disagreement ("Joint Statement") detailing

the facts relevant to the Motion, the Parties' efforts to meet and confer, and Mr. Coston's positions regarding the deficiencies in CSP-Sac's production in response to each request of the Subpoenas;

WHEREAS, on August 8, 2023, CSP-Sac proposed this stipulation as a resolution to the Motion.

**STIPULATION**

NOW, THEREFORE, the Parties hereby respectfully ask this Court to enter the following Orders:

1.  CSP-Sac shall conduct a diligent search for documents responsive to the requests of both Subpoenas and complete its production of those documents by August 23, 2023.

2.  CSP-Sac shall prepare a declaration similar to the one ordered in *Scruggs v. Vance*, 2011 WL 6368297, at *13 (E.D. Cal. Dec. 19, 2011) detailing the following for each request of the Subpoenas: (1) CSP-Sac's efforts to find documents responsive to the request, (2) any document retention policy that affected CSP-Sac's ability to produce documents responsive to the request, (3) any litigation hold that was placed on any of the documents requested, and (4) list any requested documents that were destroyed, when the destruction occurred, and append a copy of the document retention policy governing the destruction, and shall serve this declaration on Mr. Coston by August 25, 2023.

3.  Mr. Coston's Motion to Compel (ECF No. 247) is deemed WITHDRAWN and the August 23, 2023 hearing date is VACATED.

**SO STIPULATED.**

Dated: August 9, 2023                         JENNER & BLOCK LLP

                                             /s/ Julie A. Shepard
                                             Julie A. Shepard
                                             Alice S. Kim
                                             Eric Wolff
                                             Tal Ratner Solovey

                                             Attorneys for Plaintiff Danny Murphy Coston

///

Dated: August 9, 2023

/s/ *Amie Bears*   (as authorized on 8/9/2023)
Catherine Woodbridge (SBN 186186)
Amie Bears (SBN 242372)
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7663
Facsimile: (916) 322-8288
Amie.Bears@doj.ca.gov

Attorneys for Non-Party California State Prison – Sacramento

Attorneys for Defendant Andrew Nangalama

**[~~PROPOSED~~] ORDER**

Based on the above stipulation, IT IS HEREBY ORDERED that:

1. CSP-Sac shall conduct a diligent search for documents responsive to the requests of both Subpoenas and complete its production of those documents by August 23, 2023.

2. CSP-Sac shall prepare a declaration similar to the one ordered in *Scruggs v. Vance*, 2011 WL 6368297, at *13 (E.D. Cal. Dec. 19, 2011) detailing the following for each request of the Subpoenas: (1) CSP-Sac's efforts to find documents responsive to the request, (2) any document retention policy that affected CSP-Sac's ability to produce documents responsive to the request, (3) any litigation hold that was placed on any of the documents requested, and (4) list any requested documents that were destroyed, when the destruction occurred, and append a copy of the document retention policy governing the destruction, and shall serve this declaration on Mr. Coston by August 25, 2023.

3. Mr. Coston's Motion to Compel (ECF No. 247) is deemed WITHDRAWN and the August 23, 2023, hearing date is VACATED.

DATED: August 18, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE