Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@jenner.com
Tal Ratner Solovey (SBN 348113)
TRatnerSolovey@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:	+1 213 239 5100
Facsimile:	+1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

Additional Counsel Listed on Signature Page

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON<br><br>                         Plaintiff,<br><br>     v.<br><br>ANDREW NANGALAMA, et al.<br><br>                         Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>[*Declaration of Eric Wolff filed concurrently herewith*]<br><br>Judge:     Hon. Morrison C. England, Jr.<br>Courtroom:  7 |

SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff Danny Murphy Coston ("Mr. Coston") and Defendant Andrew Nangalama ("Dr. Nangalama," together, the "Parties"), through their counsel, jointly submit the following Stipulation and Proposed Order for an extension of the discovery cut-off due to the need to reschedule depositions and to allow for California State Prison – Sacramento ("CSP-Sac") and Mr. Coston to litigate, and thereafter for this Court to adjudicate, Mr. Coston's pending Motion to Compel CSP-Sac to comply with the Court's August 18, 2023 Order (ECF No. 255) (the "Second Motion to Compel"), which Mr. Coston has agreed to withdraw and refile at a later date to accommodate counsel for Dr. Nangalama and CSP-Sac, as described below.

**RECITALS**

WHEREAS, by the Order reopening discovery for 120 days from the date the Order was electronically filed, October 17, 2022, (ECF No. 226), the close of discovery was set for February 14, 2023;

WHEREAS, Mr. Coston promptly prepared and served written discovery on Defendants Dr. Nangalama and Randall Hale[1] (together, "Defendants"), serving requests for production on November 3, 2022, and serving requests for admission and interrogatories on December 13, 2022;

WHEREAS, Mr. Coston personally served non-party CSP-Sac with Subpoenas Duces Tecum on November 15, 2022 and January 30, 2023 (the "Subpoenas");

WHEREAS, CSP-Sac did not respond to either of the Subpoenas by their respective deadlines;

WHEREAS, during the period of December 2022 through June 2023, CSP-Sac represented that it was experiencing staff shortages, a backlog of requests, and technical issues that contributed to its delays in responding to the Subpoenas;

---

[1] Randall Hale is currently unrepresented in this proceeding. The Court granted counsel's motion to withdraw from the representation of Mr. Hale and ordered him to file a status report with the court by thirty days after proof of service of the order on Mr. Hale was filed (ECF No. 232). Withdrawal was effective on January 3, 2023 when the proof of service of the Order on Mr. Hale was filed. (*See* ECF No. 235). Mr. Hale has not filed a status report, and, as described in the Parties' motion to extend discovery deadline, appears not to be participating in the litigation. (*See* ECF No. 236 at 5).

1    WHEREAS, due to the delays in CSP-Sac's production, on December 27, February 9, and April 20, 2023, this Court granted the Parties' prior stipulations to extend discovery, ultimately extending the close of discovery to August 28, 2023 (ECF Nos. 234, 238, 240);

WHEREAS, on July 11 and 14, 2023, Mr. Coston noticed the depositions of Defendants and served deposition subpoenas on seven non-party witnesses scheduling their depositions for various dates in mid-July and August and before the close of discovery on August 28, 2023;

WHEREAS, counsel for Dr. Nangalama requested to reschedule all of the depositions, except for Dr. Nangalama's deposition;

WHEREAS, on July 27, 2023, Mr. Coston filed his first Motion to Compel CSP-Sac to conduct a diligent search for, and produce, all documents responsive to the Subpoenas and serve a declaration on Mr. Coston detailing its efforts to find responsive documents and related information (ECF No. 247) (the "First Motion to Compel");

WHEREAS, CSP-Sac and Mr. Coston resolved the First Motion to Compel by entering a Court-ordered stipulation to the relief Mr. Coston sought in the First Motion to Compel, namely that CSP-Sac would conduct a diligent search for all documents responsive to the Subpoenas and produce those documents by August 23, 2023, and serve a declaration on Mr. Coston detailing its search efforts and related information by August 25, 2023 (the "Stipulation re CSP-Sac's Response to Plaintiff's Subpoenas") (ECF No. 248);

WHEREAS, this Court granted the Stipulation re CSP-Sac's Response to Plaintiff's Subpoenas (ECF No. 251);

WHEREAS, the Parties stipulated and asked the Court to extend the close of discovery to allow the Parties enough time to prepare for, reschedule, and conduct depositions after the date CSP-Sac was ordered to complete its document production and provide a declaration detailing its efforts to find responsive documents (ECF No. 249);

WHEREAS, on August 23, 2023, CSP-Sac served written responses referring to documents it had already produced prior to the filing of Mr. Coston's First Motion to Compel and represented in these written responses that its search for documents responsive to the subpoena

1  Mr. Coston served on January 30, 2023 was still ongoing despite the deadline for production being
2  August 23, 2023;
3        WHEREAS, this Court granted the Parties' stipulation to extend the close of discovery,
4  and extended the close of discovery to October 27, 2023 (ECF No. 250);
5        WHEREAS, CSP-Sac requested an additional two weeks to provide the declaration
6  detailing CSP-Sac's efforts to find responsive documents (ECF No. 252);
7        WHEREAS, the Court granted CSP-Sac's request for additional time to produce the
8  declaration and ordered the declaration detailing CSP-Sac's efforts to find responsive documents
9  be due September 11, 2023 (ECF No. 254);
10       WHEREAS, since then, counsel has diligently moved the case forward and taken six
11 depositions between September 8, 2023 and October 6, 2023, and attempted to take a seventh
12 deposition on September 27, 2023, but on the day of the deposition the witness became unable to
13 attend;
14       WHEREAS, on October 11, 2023 Mr. Coston filed a Motion to Compel CSP-Sac to comply
15 with the Court's August 18, 2023 Order compelling it to diligently search for, and produce, all
16 documents responsive to Mr. Coston's subpoenas to the prison and provide a declaration detailing
17 its search efforts (ECF No. 255);
18       WHEREAS, three depositions that were subpoenaed in July 2023 have not yet taken place
19 and cannot be completed prior to the current close of discovery on October 27, 2023, despite
20 counsel's diligent efforts because:
21     i) Mr. Coston cannot effectively or efficiently conduct non-party CSP-Sac's Fed. R. Civ.
22        P. 30(b)(6) deposition until the Parties' have resolved their dispute regarding CSP-
23        Sac's production, this dispute is the subject of Mr. Coston's pending Second Motion to
24        Compel CSP-Sac (ECF No. 255);
25     ii) a non-party witness became unavailable on the day of their deposition scheduled
26        before the close of discovery and there is not sufficient time to schedule it before the
27        current close of discovery; and
28

iii) another non-party witness—a former employee of CSP-Sac, for whom CSP-Sac's counsel accepted service of Mr. Coston's deposition subpoena—did not communicate with CSP-Sac's counsel regarding deposition scheduling and must now be re-served personally with a deposition subpoena by Mr. Coston's counsel;

WHEREAS, counsel for Dr. Nangalama and CSP-Sac is unavailable between November 6, 2023 and December 8, 2023;

WHEREAS, at the request of counsel for Dr. Nangalama and CSP-Sac, Mr. Coston will withdraw his Second Motion to Compel (ECF No. 255) without prejudice and refile it after counsel for CSP-Sac and Dr. Nangalama returns from her period of unavailability;

WHEREAS, counsel for CSP-Sac and Dr. Nangalama, who received a draft of the Joint Statement of Discovery Disagreement regarding Mr. Coston's Second Motion to Compel (the "Joint Statement") with Mr. Coston's portions completed on October 12, 2023, will provide Mr. Coston's counsel with a completed version of the Joint Statement by Wednesday, December 20, 2023, so that Mr. Coston's counsel can file the Joint Statement the following day, December 21, 2023 and notice the hearing on the motion for January 10, 2024, before Magistrate Judge Edmund F. Brennan, or if that date is unavailable, as soon as possible thereafter;

WHEREAS, the Parties need additional time to litigate the Second Motion to Compel given the unavailability of counsel for Dr. Nangalama and CSP-Sac between November 6, 2023 and December 8, 2023, and also need additional time to reschedule, prepare for, and conduct the three outstanding depositions; and

WHEREAS, a trial date has not been set in this case, so extending the discovery deadline would not affect the schedule in this case except to require an adjustment to the date by which the Parties are to file a Joint Status Report.

**STIPULATION**

NOW, THEREFORE, the Parties hereby agree as follows subject to the Court's approval:

The Parties agree to extend the close of discovery by 150 days to Monday, March 25, 2024.

**SO STIPULATED.**

Dated:  October 18, 2023                    JENNER & BLOCK LLP


By:     /s/  *Julie A. Shepard*
        Julie A. Shepard
        Alice S. Kim
        Eric Wolff
        Tal Ratner Solovey

Attorneys for Plaintiff Danny Murphy Coston

Dated:  October 17, 2023


    */s/  Amie Bears* (authorized on 10/17/23)
        Catherine Woodbridge (SBN 186186)
        Amie Bears (SBN 242372)
        1300 I Street, Suite 125
        P.O. Box 944255
        Sacramento, CA 94244-2550
        Telephone: (916) 210-7663
        Facsimile: (916) 322-8288
        Amie.Bears@doj.ca.gov

Attorneys for Defendant Andrew Nangalama

Attorneys for Non-Party California State Prison – Sacramento

**ORDER**

Based on the above stipulation, the joint motion of the parties for an extension of the close of discovery is granted. The Order reopening discovery (ECF No. 226) is amended to extend the close of discovery by 150 days to Monday, March 25, 2024. The Parties are further ordered to file a Joint Status Report not later than 30 days after the close of discovery.

IT IS SO ORDERED.

Dated:  October 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE