UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURPHY COSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW NANGALAMA, et al.,<br><br>　　　　Defendants. | No.  2:10-cv-02009-MCE-EFB (PC)<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983.  On January 10, 2024, counsel for plaintiff and defendant Nangalama appeared to present arguments concerning plaintiff's December 11, 2023 motion to compel (ECF No. 260).  Having considered the briefing and arguments presented, it is hereby ORDERED that:

　　1. Plaintiff's December 11, 2023 motion to compel (ECF No. 260) is GRANTED.
　　2. By close of business on January 19, 2024, CSP-Sac (through counsel for defendant Nangalama) shall identify a person or persons most knowledgeable regarding policies requested by plaintiff's two subpoenas (dated November 14, 2022 and January 27, 2023).
　　3. On or before February 2, 2024, plaintiff shall notice any depositions of the person or persons identified by CSP-Sac.  These depositions shall not count toward plaintiff's deposition limit.

1

4. The deposition(s) conducted pursuant to the above orders are to be completed on or before February 9, 2024.

5. On or before February 2, 2024, CSP-Sac shall respond to requests 11 and 12 in the first subpoena by providing full legal names, last known residence or business address, mailing address, phone number, and email address. CSP-Sac shall produce to plaintiff any documents located during its search for information responsive to these requests. Concurrent with this response, CSP-Sac shall provide the declaration ordered by the court on August 23, 2023 and September 13, 2023 (ECF Nos. 251, 254).

6. On or before February 2, 2024, CSP-Sac shall respond to requests 9 and 10 in the first subpoena. Concurrent with this response, CSP-Sac shall provide the declaration ordered by the court on August 23, 2023 and September 13, 2023 (ECF Nos. 251, 254).

7. On or before February 2, 2024, CSP-Sac shall respond to request 15 in the first subpoena. Concurrent with this response, CSP-Sac shall provide the declaration ordered by the court on August 23, 2023 and September 13, 2023 (ECF Nos. 251, 254).

8. On or before February 2, 2024, CSP-Sac shall respond to requests 1, 3, 4, and 5 in the second subpoena. Concurrent with this response, CSP-Sac shall provide the declaration ordered by the court on August 23, 2023 and September 13, 2023 (ECF Nos. 251, 254).

9. Plaintiff shall file a supplemental brief concerning attorney fees on or before January 22, 2024. CSP-Sac's opposition brief shall be filed on or before January 29, 2024. Plaintiff shall file any reply brief on or before February 5, 2024.

Dated: January 10, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE