IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY MURPHY COSTON,** | Case No. 2:10-cv-02009-MCE-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **ANDREW NANGALAMA, et al.,** | |
| Defendants. | |

It is hereby ordered that the scheduling order be modified so that the 30(b)(6) Deposition noticed on February 20, 2024 is allowed to be completed on or before April 19, 2024.

Dated: March 25, 2024

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE