Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@jenner.com
Tal Ratner Solovey (SBN 348113)
TRatnerSolovey@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:   +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

Additional Counsel Listed on Signature Page

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW NANGALAMA, et al.<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-02009-MCE-EFB<br><br>**STIPULATION AND ORDER FOR PRETRIAL SCHEDULING ORDER**<br><br>Judge:　　Hon. Morrison C. England, Jr.<br>Courtroom:　7 |

SUBJECT TO THE APPROVAL OF THE COURT, and pursuant to the Court's April 29, 2024 Minute Order (ECF No. 278) and May 7, 2024 Minute Order (ECF No. 279), Plaintiff Danny Murphy Coston and Defendant Andrew Nangalama (together, the "Parties"),[1] by and through their counsel, hereby jointly submit the following Stipulation and Proposed Order for a Pretrial Scheduling Order.

## RECITALS

WHEREAS, this matter has been remanded for a new trial.  (ECF No. 216).

WHEREAS, on October 17, 2022, the Court granted Mr. Coston's motion to reopen discovery in this matter and ordered the Parties to file a Joint Status Report 30 days after the close of fact discovery.  (ECF No. 226; *see also, e.g.*, ECF No. 259; ECF No. 274).

WHEREAS, on April 24, 2024, following the close of fact discovery, the Parties timely filed a Joint Status Report.  This Joint Status Report included a proposed pretrial schedule.  (ECF No. 277).

WHEREAS, on April 29, 2024 and May 7, 2024, the Court ordered the Parties to file a Stipulation and Proposed Order on their proposed pretrial schedule.  (ECF No. 278; ECF No. 279).

## STIPULATION

NOW, THEREFORE, the Parties hereby propose and agree to the following pretrial schedule, subject to the Court's approval:

1. Expert Disclosures will be due on June 25, 2024.
2. Rebuttal Expert Disclosures will be due on August 26, 2024.
3. Expert discovery will close on October 25, 2024.
4. Any dispositive motions will be filed on or by November 4, 2024.
5. Settlement Conference will be conducted on or by January 20, 2025.

---

[1] Defendant Randall Hale is currently unrepresented in this proceeding and has not participated in this litigation in over a year.  (*See, e.g.*, ECF No. 236 at 5).  Mr. Hale did not participate in the submission of this Stipulation and Proposed Order.  Given Mr. Hale's failure to participate in this litigation, Mr. Coston has moved for an order striking Mr. Hale's answer and entering default against him.  (ECF No. 276).  This motion is currently pending before the Court.

6. Final Pretrial Conference will be held on March 3, 2025.

7. Trial will begin on April 7, 2025.

**IT IS SO STIPULATED AND AGREED.**

Dated:  May 7, 2024                              JENNER & BLOCK LLP

By:   */s/ Julie A. Shepard*
     Julie A. Shepard
     Alice S. Kim
     Eric Wolff
     Tal Ratner Solovey

     Attorneys for Plaintiff Danny Murphy Coston

Dated:  May 7, 2024

By:   */s/ Catherine Woodbridge* (as authorized on May 7, 2024)
     Catherine Woodbridge (SBN 186186)
     Amie Bears (SBN 242372)
     1300 I Street, Suite 125
     P.O. Box 944255
     Sacramento, CA 94244-2550
     Telephone: (916) 210-7663
     Facsimile: (916) 322-8288
     Amie.Bears@doj.ca.gov

     Attorneys for Defendant Andrew Nangalama

**ORDER**

Before the Court is the Stipulation jointly filed by the Parties to set a pretrial schedule. Good cause appearing therefor, the Court **APPROVES** the Stipulation and **ORDERS** as follows:

1. Expert Disclosures will be due on June 25, 2024.
2. Rebuttal Expert Disclosures will be due on August 26, 2024.
3. Expert discovery will close on October 25, 2024.
4. Any dispositive motions will be filed on or by November 4, 2024.
5. Settlement Conference will be conducted on or by January 20, 2025.
6. Final Pretrial Conference will be held on March 3, 2025.
7. Trial will begin on April 7, 2025.

IT IS SO ORDERED.

Dated: May 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE