IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY MURPHY COSTON,** | Case No. 2:10-cv-02009-MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| **ANDREW NANGALAMA, et al.,** | |
| Defendants. | |

    Presently before the Court is Plaintiff Daniel Murphy Coston's ("Plaintiff") motion to strike the Answer of Defendant Randall Hale ("Defendant Hale") and enter Defendant Hale's default. For the reasons stated below, the Motion is GRANTED. Defendant Hale has failed to defend the action and has completely ceased participating in this litigation. Defendant Hale's Answer to Plaintiff's Complaint is hereby stricken and Defendant Hale's default is hereby entered.

    IT IS SO ORDERED.

Dated: May 29, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE