ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7312
  Fax:  (916) 324-5205
  E-mail:  Jon.Allin@doj.ca.gov
*Attorneys for Defendant Nangalama and
Respondent California Department of Corrections
and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MURPHY COSTON,** | 2:10-cv-02009-MCE-EFB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO SERVE AND FILE DECLARATION RE COMPLIANCE WITH SUBPOENA; ~~PROPOSED~~ ORDER** |
| v. | |
| **ANDREW NANGALAMA, et al.,** | |
| Defendant. | Judge:      The Honorable Edmund F. Brennan<br>Trial Date:  April 7, 2025<br>Action Filed:  July 28, 2010 |

/ / /

/ / /

/ / /

1

1    The parties stipulate under Local Rule 143 to a nunc pro tunc extension of time giving the

2    Respondent until October 7, 2024, to serve and file an updated Scruggs declaration. The existing

3    deadline is October 2, 2024. (*See* Minute Order, ECF No. 292.)  The extension is needed due to a

4    calendaring error by Respondent's counsel and the resulting delay in compiling detailed

5    information provided by Respondent to counsel.

6    The parties further stipulate that Plaintiff's time to file a response to the updated declaration

7    and any contempt motion as discussed on the record shall be correspondingly extended to

8    October 28, 2024.

9        **IT IS SO STIPULATED.**

10   Dated:  October 4, 2024                          JENNER & BLOCK LLP

11

12                                                    */s/ Julie Shepard*
                                                      (as authorized on October 4, 2024)
13                                                    JULIE SHEPARD
                                                      FARRYAL SIDDIQUI
14                                                    ERIC WOLFF
                                                      TAL RATNER SOLOVEY
15                                                    *Attorneys for Plaintiff*
                                                      *Danny Murphy Coston*
16

17   Dated:  October 4, 2024                          ROB BONTA
                                                      Attorney General of California
18                                                    R. LAWRENCE BRAGG
                                                      Supervising Deputy Attorney General
19

20                                                    */s/ Jon S. Allen*
                                                      JON S. ALLIN
21                                                    Supervising Deputy Attorney General
                                                      *Attorneys for Defendant Nangalama and*
22                                                    *Respondent California Department of*
                                                      *Corrections and Rehabilitation*
23

24
         **IT IS SO ORDERED.**
25

26   Dated: October 7, 2024

27                                                    EDMUND F. BRENNAN
                                                      UNITED STATES MAGISTRATE JUDGE
28

                                               2