IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MURPHY COSTON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ANDREW NANGALAMA, et al.,**<br><br>　　　　　　　　　　　　Defendant. | 2:10-cv-02009-DC-EFB<br><br>**[PROPOSED] ORDER EXTENDING FILING DATE FOR MOTION OPPOSITION AND CONTINUING HEARING DATE**<br><br>Judge:　　　　Hon. Edmund F. Brennan<br>Trial Date:　　April 7, 2025<br>Action Filed:　July 28, 2010 |

　　　The Court, having considered Respondent California State Prison, Sacramento's motion for administrative relief to extend the briefing schedule and continue the hearing date on Plaintiff's motion for an order to show cause (ECF No. 308), and good cause appearing:

　　　**IT IS ORDERED** that Respondent's proposed opposition to Plaintiff's motion for order to show cause is deemed filed; and the hearing date for Plaintiff's motion is continued from December 11, 2024, to December 18, 2024.  Plaintiff shall file his reply brief on or before December 6, 2024.

Dated: November 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edmund F. Brennan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE