Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Eric Wolff (SBN 341180)
Eric.Wolff@jenner.com
Tal Ratner Solovey (SBN 348113)
TRatnerSolovey@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

Additional Counsel Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANDREW NANGALAMA, et al.<br><br>                    Defendants. | Case No. 2:10-cv-02009-DC-EFB<br><br>**STIPULATION AND [PROPOSED]  ORDER TO EXTEND BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NOS. 317, 325]**<br><br>Judge:        Hon. Edmund F. Brennan<br>Courtroom:   9 |

SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff Danny Murphy Coston ("Mr. Coston") and Defendant Andrew Nangalama ("Dr. Nangalama," together, the "Parties"), through their counsel, jointly submit the following Stipulation and Proposed Order for an extension of the briefing schedule for Dr. Nangalama's Motion for Summary Judgment (ECF No. 317, as amended at ECF No. 325) as described below.

## RECITALS

WHEREAS, Dr. Nangalama filed his Motion for Summary Judgment (ECF No. 317) on December 9, 2024;

WHEREAS, on December 10, 2024, the District Court vacated the hearing date and referred the motion to Magistrate Judge Edmund F. Brennan (ECF No. 321);

WHEREAS, on December 18, 2024, Dr. Nangalama amended his motion to be heard on February 12, 2024 (ECF No. 325);

WHEREAS, pursuant to Local Rule 230, the last day for Mr. Coston to oppose Dr. Nangalama's Motion for Summary Judgement is December 23, 2024, and assuming the opposition is filed that day, the last day for Dr. Nangalama to reply would be January 2, 2025;

WHEREAS, the Parties have conferred regarding the briefing schedule and agree to adjust it as follows, which will enable Mr. Coston to file a motion to seal certain of his health records that have not been previously filed publicly;

## STIPULATION

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the court's approval that the briefing schedule should be modified as follows:

| Matter: | Current Date: | Requested Date: |
|---|---|---|
| Deadline to file Mr. Coston's Opposition to Motion for Summary Judgment | December 23, 2024 | January 13, 2025 |
| Deadline to file Dr. Nangalama's Reply in Support of Motion for Summary Judgment | January 2, 2025 | January 23, 2025 |

**SO STIPULATED.**

Dated: December 20, 2024                    JENNER & BLOCK LLP

By:    */s/ Julie A. Shepard*
      Julie A. Shepard
      Alice S. Kim
      Eric Wolff
      Tal Ratner Solovey

Attorneys for Plaintiff Danny Murphy Coston

Dated: December 20, 2024

   */s/ Amie Bears* (as authorized on 12/19/2024)
   Catherine Woodbridge (SBN 186186)
   Amie Bears (SBN 242372)
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 210-7663
   Facsimile: (916) 322-8288
   Amie.Bears@doj.ca.gov

Attorneys for Defendant Andrew Nangalama

**[PROPOSED] ORDER**

Based on the above stipulation, and good cause appearing, the joint motion of the parties for an extension of the briefing schedule for Defendant's Motion for Summary Judgment (ECF Nos. 317, as amended at ECF No. 325) is GRANTED. The briefing schedule is modified as follows:

| Matter: | Current Date: | Requested Date: |
| --- | --- | --- |
| Deadline to file Mr. Coston's Opposition to Motion for Summary Judgment | December 23, 2024 | January 13, 2025 |
| Deadline to file Dr. Nangalama's Reply in Support of Motion for Summary Judgment | January 2, 2025 | January 23, 2025 |

IT IS SO ORDERED.

Dated: December 31, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE