UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURPHY COSTON,<br><br>Plaintiff,<br><br>v.<br><br>NANGALAMA, et al.,<br><br>Defendants. | No. 2:10-cv-02009-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 319, 349) |

Plaintiff proceeds with counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 13, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 13, 2025 (ECF No. 349) are adopted in full;
2. Plaintiff's motion for default judgment as to defendant Hale (ECF No. 319) is DENIED without prejudice;
3. The parties are reminded of their obligation to submit dispositional documents concerning the settlement of Plaintiff's claims against defendant Andrew Nangalama (*see* ECF Nos. 350, 353); and
4. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 15, 2025**

Dena Coggins
United States District Judge

2