ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7312
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Respondent*
*California State Prison, Sacramento*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MURPHY COSTON,** | 2:10-cv-02009-DC-EFB |
| Plaintiff, | **STIPULATION TO DISCHARGE ORDERS TO SHOW CAUSE (ECF NOS. 290 & 334); ~~PROPOSED~~ ORDER** |
| v. | |
| **ANDREW NANGALAMA, et al.,** | |
| Defendant. | Judge:        Hon. Edmund F. Brennan |
| | Trial Date:   Vacated |
| | Action Filed: July 28, 2010 |

**STIPULATION**

Plaintiff Danny Murphy Coston and Respondent California State Prison, Sacramento stipulate under Local Rules 143 and 160(a) that they have resolved Plaintiff's pending motions for discovery sanctions (ECF Nos. 260 & 308) arising out of Plaintiff's subpoenas duces tecum directed to Respondent. In ruling on Plaintiff's motions, the magistrate judge issued two orders to show cause directed to Respondent. (ECF Nos. 290 & 334.)

/ / /

/ / /

/ / /

1

Having resolved the matters, the parties request that the Court discharge the pending orders to show cause and retain jurisdiction to enforce the settlement.

**IT IS SO STIPULATED.**

Dated:  June 1, 2026                                        JENNER & BLOCK LLP


                                                            */s/ Julie Shepard*
                                                            (as authorized on June 1, 2026)

                                                            _____
                                                            JULIE SHEPARD
                                                            ERIC WOLFF
                                                            TAL RATNER SOLOVEY
                                                            *Attorneys for Plaintiff*
                                                            *Danny Murphy Coston*


Dated: June 1, 2026                                         ROB BONTA
                                                            Attorney General of California
                                                            R. LAWRENCE BRAGG
                                                            Supervising Deputy Attorney General

                                                            */s/ Jon S. Allin*
                                                            JON S. ALLIN
                                                            Supervising Deputy Attorney General
                                                            *Attorneys for Respondent*
                                                            *California State Prison, Sacramento*


**IT IS SO ORDERED.**

Dated:  June 8, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2