Julie A. Shepard (SBN 175538)
JShepard@jenner.com
Eric W. Wolff (SBN 341180)
Eric.Wolff@jenner.com
Tal Ratner Solovey (SBN 348113)
TalRS@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

Attorneys for Plaintiff Danny Murphy Coston

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANNY MURPHY COSTON,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW NANGALAMA, et al.,<br><br>Defendants. | Case No. 2:10-cv-02009-DC-EFB<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RANDALL HALE WITHOUT PREJUDICE**<br><br>Judge: Hon. Edmund F. Brennan<br>Ctrm: Unassigned<br>Date: December 2, 2026<br>Time: 10:00 a.m. |

Before the Court is Plaintiff Danny Murphy Coston's Motion for Voluntary Dismissal of Claims against Defendant Randall Hale Without Prejudice. Having considered the motion and supporting papers, and the papers, records, and pleadings on file in this action, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Mr. Coston's motion for voluntary dismissal of his claims against Defendant Randall Hale in this action, without prejudice, is GRANTED.

2. Mr. Coston and Mr. Hale are to bear their own attorneys' fees and costs,

3. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: November 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE